Decided September 28, 2005

TED FORTIER *v.* THE HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court (AC 26484) is denied.

*Roger J. Frechette,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 28, 2005

CLAUDIA S. WEISS *v.* MARTIN T. WEISS

The plaintiff's petition for certification for appeal from the Appellate Court (AC 26532) is denied.

*Claudia S. Weiss,* pro se, in support of the petition.

*Eric W. Callahan,* in opposition.

Decided September 28, 2005